Meyers & Matthias, for appellant; Donald L. Thompson, Erwin H. Wright, and Philip G. Meyers, or counsel; Francis J. Gariepy, and Charles E. Mallon, for appellee. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

Bituminous Casualty Corporation, Appellant, v. Harlow H. Belding, Individually, and Trading as Belding Construction and Engineering Company and Belding Engineering Company, Appellees.

Gen. No. 46,197.   (Abstract of Decision.)

Howard E. DeLong, for appellant; E. C. Frank Meier, of counsel; Whealan & Barasa, for appellees; J. Laurence Barasa, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Eleanor Kane, Administratrix of Estate of Barney Kane, Deceased, Plaintiff-Appellee, v. Sam Dunn, Defendant-Appellant.

### Gen. No. 46,220. (Abstract of Decision.)

Philip J. Simon, for appellant; Robert E. Cherry, for appellee; Rosenfeld, Cherry and Levinson, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## George Dragosvich, Appellee, v. Allstate Insurance Company, Appellant.

### Gen. No. 46,279. (Abstract of Decision.)